right to apply for a reinstatement of the petition at any time before the end of this term in case the judgment below should fail to award a new trial. *Mr. M. W. Acheson, Jr.,* for petitioner. No appearance for respondent. See *ante,* 597.

No. 852. SOUTHERN RAILWAY COMPANY *v.* HUGH PETIT ET AL. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. O'B. Cooper* and *Mr. Caruthers Ewing* for petitioner. *Mr. Julian C. Wilson* and *Mr. Walter P. Armstrong* for respondents.

No. 853. NORTH AMERICAN TELEGRAPH COMPANY *v.* NORTHERN PACIFIC RAILWAY COMPANY. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Royal A. Stone, Mr. Thomas D. O'Brien, Mr. Edward T. Young* and *Mr. Alexander E. Horn* for petitioner. *Mr. Charles W. Bunn* for respondent.

No. 854. DALY-WEST MINING COMPANY ET AL. *v.* CATHERINE SAVAGE ET AL. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Hiram E. Booth* and *Mr. William H. King* for petitioners. No appearance for respondents.

No. 867. TROY DEASON *v.* UNITED STATES. March 24, 1919. Petition for a writ of certiorari to the Circuit